UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>XINLIANG BAI and DOES 1 through 10,<br><br>        Defendant. | NO. CIV. 2:16-1698 WBS GGH<br><br>ORDER SETTING EARLY SETTLEMENT CONFERENCE AND STAY |

----oo0oo----

The court has determined that this case is appropriate for an early settlement conference before the assigned magistrate judge.  The parties shall contact the assigned magistrate judge's courtroom deputy no later than December 19, 2016, by phone or email, to schedule an early settlement conference.  The early settlement conference shall be conducted no later than January 23, 2017.  Contact information for the assigned magistrate judge is available at www.caed.uscourts.gov under the "Judges" tab.

1

1           Each party is ordered to have a principal with full
2 settlement authority present at the conference or be fully
3 authorized to settle the matter on any terms.  No later than
4 seven days before the date of the settlement conference, counsel
5 for each party shall submit a confidential Settlement Conference
6 Statement to the settlement judge.  Such statements shall not be
7 filed, but shall be emailed to GGHOrders@caed.uscourts.gov.  Upon
8 emailing the Settlement Conference Statement, each party shall e-
9 file a one page document entitled "Notice of Submission of
10 Confidential Settlement Conference Statement."

11           No later than seven days before the date of the early
12 settlement conference, counsel for each party shall file a waiver
13 of disqualification of the assigned magistrate judge pursuant to
14 Local Rule 270(b).  Absent the filing of a waiver of
15 disqualification by each party, the settlement conference will be
16 vacated and reassigned to another magistrate judge.

17           To avoid the unnecessary expenditure of costs and
18 attorneys' fees, this action is hereby stayed pending conclusion
19 of the early settlement conference.  No later than five days
20 after the settlement conference, the parties shall file a joint
21 statement indicating whether a settlement was reached.

22           The court hereby resets the Status (Pretrial
23 Scheduling) Conference to February 27, 2017 at 1:30pm.  If a
24 settlement is not reached at the early settlement conference, the
25 parties shall submit an Amended Joint Status Report no later than
26 February 13, 2017.

27

28

IT IS SO ORDERED.

Dated: November 10, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE