UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

XINLIANG BAI; and Does 1-10,

    Defendants.

Case No.: 2:16-CV-01698-WBS-GGH

**ORDER**

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a motion for determination of attorney fees/costs, and file a dismissal thereafter. The Scheduling Conference is continued from May 22, 2017 to July 3, 2017 at 1:30 p.m. The parties shall file their disposition documents pursuant to Local Rule 160(b) and no later than June 19, 2017, or a Joint Status Report by that date if settlement has not been finalized.

**IT IS SO ORDERED.**

**Dated: April 21, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE